UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMIE MCGILL,

                        Plaintiff,

       -against-                               5:14-CV-0601 (LEK/CFH)

CAROLYN W. COLVIN,

                        Defendant.

## ORDER

      This matter comes before the Court following a Report-Recommendation filed on May 22, 2014, by the Honorable Christian F. Hummel, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 12 ("Report-Recommendation").

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

      No objections to the Report-Recommendation were filed in the allotted time period. See Docket. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 12) is **APPROVED** and **ADOPTED in its entirety**; and it is further

**ORDERED**, that the Commissioner's decision denying disability benefits is **AFFIRMED**; and it is further

**ORDERED**, that Plaintiff's Motion (Dkt. No. 8) for judgment on the pleadings is **DENIED**; and it is further

**ORDERED**, that the Clerk of the Court enter judgment for Defendant and close this case; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties to this action in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:      June 19, 2014
                Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge